IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:04CR548 |
| | ) | |
| GACOBIE VASSER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion and Application for Leave to Withdraw as Counsel for Defendant [45] and Notice of Withdrawal of Motion to Withdraw as Counsel for the Defendant [46].   Due to the fact that counsel has filed a notice to withdraw, the Motion and Application for Leave to Withdraw as Counsel for Defendant [45] will be denied as moot.

    IT IS SO ORDERED.

    DATED this 11th day of July, 2005.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge