IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR548 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GACOBIE VASSER, | ) | SCHEDULING ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED that the following is set for hearing during the sentencing hearing set for August 22, 2005 at 1:00 p.m. before District Court Judge Laurie Smith Camp, *Courtroom No. 2*, *Third Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

**Motion to be allowed self-surrender [53]**

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 18th day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
U.S. District Judge