AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR548 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20698-047 |
| | ) | |
| GACOBIE VASSER | ) | DAVID L.  HERZOG |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 8/29/2005 | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 60 months is reduced to 46 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 23 | | Amended Offense Level: | 21 | |
| Criminal History Category: | III | | Criminal History Category: | III | |
| Previous Guideline Range: | 57 to 71 months | | Amended Guideline Range: | 46 to 57 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 29, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 7th day of May, 2008
Effective Date: Wednesday, May 21, 2008

s/ Laurie Smith Camp
United States District Judge